# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. HULIN, JR.,** | * |
| Plaintiff, | * |
| v. | *   CASE NO.  3:23-cv-00027-MHH |
| **TIFFIN MOTOR HOMES, INC.,** | * |
| Defendant. | * |
| | * |

## JOINT STIPULATION OF DISMISSAL

This case having been resolved between the parties, it is hereby stipulated that the Complaint and the action originally filed by Lindsey J. Hulin, Jr., be dismissed, with prejudice to all claims actually made, or which could have been made by said Plaintiff against all Defendants, arising out of the facts and circumstances referred to in the pleadings, each party to bear their own costs.

/s/ Weathers Bolt
WEATHERS BOLT (ASB-9445-T95A)
Starnes Davis Florie LLP
RSA Battle House Tower, Suite 20290
11 North Water Street
Mobile, AL   36602
Phone:  (251) 433-6049
E-mail:  wbolt@starneslaw.com
Attorneys for Tiffin

{B4548520}

/s/ Richard Collins Dalton (*with permission*)
Richard Collins Dalton
PO Box 358
Carencro, LA  70520-0358
rick@rickdalton.law
Attorney for Plaintiff

2

{B4548520}